No. 91–674. CHAVES COUNTY HOME HEALTH SERVICES, INC., ET AL. *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. D. C. Cir. Certiorari denied. ▮▮▮▮▮▮

No. 91–714. PUGET SOUND POWER & LIGHT CO. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied. ▮▮▮▮▮▮

No. 91–715. HERZFELD & RUBIN *v.* ROBINSON ET AL. C. A. 10th Cir. Certiorari denied. ▮▮▮▮▮▮

No. 91–717. SENESE ET AL. *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied. ▮▮▮▮▮▮

No. 91–723. AERONAUTICAL INDUSTRIAL DISTRICT LODGE NO. 91, INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 2d Cir. Certiorari denied. ▮▮▮▮▮▮

No. 91–733. FRIEOUF *v.* UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied. ▮▮▮▮▮▮

No. 91–760. PETRONE *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 9th Cir. Certiorari denied. ▮▮

No. 91–762. BAGLEY *v.* CMC REAL ESTATE CORP., AKA CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD, ET AL. C. A. 9th Cir. Certiorari denied. ▮▮▮▮▮▮

No. 91–766. COLEMAN ET AL. *v.* CORPORATE RISK MANAGEMENT CORP. ET AL. C. A. 6th Cir. Certiorari denied. ▮▮▮▮▮▮

No. 91–768. GREMLICH *v.* UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied. ▮▮▮▮▮▮

No. 91–778. HELMSLEY *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. ▮▮▮▮▮▮

No. 91–780. CURTIS ET AL., ADMINISTRATORS OF THE ESTATES OF GOFF ET UX., ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮▮▮▮▮▮

No. 91–804. MOGAN *v.* MONTANA. Sup. Ct. Mont. Certiorari denied.